Kunze vs. Kunze.

KUNZE, Appellant, vs. KUNZE, Respondent.

*January 18 — February 2, 1897.*

*Appeal from orders.*

An order setting aside a notice of *lis pendens* is not appealable under ch. 212, Laws of 1895.

APPEAL from an order of the circuit court for Fond du Lac county: N. S. GILSON, Circuit Judge. *Appeal dismissed.*

The case is stated in the opinion.

*E. Blewett,* for the appellant, contended that the right to file a notice of *lis pendens* was an absolute right. *Niebuhr v. Schreyer,* 13 Daly (N. Y.), 546. The statutes of this state give no authority to cancel a *lis pendens* except for a failure for one year to serve the summons. S. & B. Ann. Stats. sec. 3187; sec. 1, ch. 19, Laws of 1893.

For the respondent the case was submitted on the brief of *Duffy & McCrory.*

Wolters and another vs. The Western Assurance Co.

WINSLOW, J.   The plaintiff brought an action to enforce
a money judgment obtained in another state (*Kunze v.
Kunze*, 94 Wis. 54), and filed a notice of pendency of action
in the office of the register of deeds, stating that the action
affected the title to certain described real estate owned by
the defendant.   The circuit court, upon motion, vacated and
set aside the *lis pendens*, and the plaintiff appealed.   The
appeal must be dismissed.   The order is not appealable,
under ch. 212, Laws of 1895.

*By the Court.*— Appeal dismissed.

A motion by the appellant to offset the judgment for
costs in her favor on the former appeal against the judg-
ment herein was granted April 7, 1897.